UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                             Case No. 10-C-0128

CERTAIN REAL PROPERTY
commonly known as
N8884 ONEIDA ROAD,
HARRISON, WISCONSIN,

APPROXIMATELY $28,990.00 IN
UNITED STATES CURRENCY, and

ASSORTED ELECTRONIC
EQUIPMENT,

    Defendants.

# FINAL JUDGMENT OF FORFEITURE

THIS CAUSE having come before the Court upon plaintiff's Motion for Final Judgment of Forfeiture, it is hereby **ORDERED, ADJUDGED, AND DECREED THAT:**

1. All right, title and interest in the $66,000 cashier's check, made payable to the United States Marshal Service, that the claimants, Ronald J. Petrie, Ruth E. Petrie, Marlene M. Eskofski, Bonnie Jean Petrie, and Alfred Petrie III have paid to the plaintiff, United States of America, is hereby forfeited to the United States of America in lieu of the defendant property, certain real property commonly known as N8884 Oneida Road, Harrison, Wisconsin.

2. The United States Marshal's Service shall deposit the proceeds of the $66,000 check into the United States Department of Justice's Assets Forfeiture Fund for disposition according to law.

3. The plaintiff United States of America's claims against the defendant real property, certain real property located at N8884 Oneida Road, Harrison, Wisconsin, are hereby dismissed with prejudice.

4. The plaintiff, United States of America, shall promptly release the lis pendens that it filed in this action against the defendant property, certain real property commonly known as N8884 Oneida Road, Harrison, Wisconsin.

5. This Court shall retain jurisdiction of this cause for the purpose of enforcing the Judgment of Forfeiture.

Dated at Green Bay, Wisconsin, this     4th     day of November, 2011.

                Approved:     s/ William C. Griesbach
                                  HONORABLE WILLIAM C. GRIESBACH
                                  United States District Judge

Judgment entered this    4th    day of November , 2011.

    JON W. SANFILIPPO
    Clerk of Court

By:
    Mary Fisher
    Deputy Clerk